IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID J. WELLES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>　　　　　　　Defendant. | 8:18CV444<br><br>**ORDER** |

This matter is before the court on the plaintiff's motion for leave to proceed in forma pauperis, Filing No. 2. The court has reviewed the motion, including the affidavit of the plaintiff, and finds the motion should be granted.

THEREFORE, IT IS ORDERED that the plaintiff's motion for leave to proceed in forma pauperis, Filing No. 2, is granted.

Dated this 24th day of September, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　Senior United States District Judge